No. 81. OWEN P. SMITH ET AL. *v.* COMMONWEALTH OF KENTUCKY, FRANK E. DAUGHERTY, ATTORNEY GENERAL, AND ORIE S. WARE, COMMONWEALTH ATTORNEY. Error to the Court of Appeals of the State of Kentucky. Argued December 7, 8, 1927. Decided December 12, 1927. *Per Curiam.* Affirmed on the authority of *Adams* v. *City of Milwaukee,* 228 U. S. 572, 581, 583; *Laurel Hill Cemetery* v. *City and County of San Francisco,* 216 U. S. 358, 365, 366; *Dominion Hotel* v. *Arizona,* 249 U. S. 265, 268, 269; *Radice* v. *New York,* 264 U. S. 292, 296, 297. *Mr. A. O. Stanley,* with whom *Mr. Stephens L. Blakely* was on the brief, for plaintiffs in error. *Mr. Orie S. Ware,* with whom *Mr. Frank E. Daugherty* was on the brief, for defendants in error.

---

No. 145. WALTER W. PIERCE ET AL. *v.* OBION COMPANY FOR USE, ETC., AND MERCANTILE TRUST COMPANY. Error to the Supreme Court of the State of Tennessee. Argued December 9, 1927. Decided December 12, 1927. *Per Curiam.* Dismissed for want of a substantial Federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Thos. H. Malone,* with whom *Mr. Wm. H. Swiggart* was on the brief, for plaintiffs in error. *Mr. Charles C. Allen, Jr.,* with whom *Mr. S. A. Mitchell* was on the brief, for defendants in error.